```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                    :
                                             :
                                             :
                                             :            ORDER
              -against-                      :
                                             :         20 CR 112 (VMS)
CHARLES KIM,                                 :
                                             :
              Defendant.                     :
                                             :
                                             :
                                             :
                                             :
                                             :
                                             :
------------------------------------------------------------------ x
```

**Vera M. Scanlon, United States Magistrate Judge:**

    Having read and considered the parties' submissions at ECF Nos. 21, 22 (23 withdrew 20), the joint motion to dismiss the complaint, violation notice number 9445678 and notice to appear is **granted**.

    On March 5, 2020, the United States filed a misdemeanor information against Mr. Charles Kim. Based on an administrative miscommunication about the assignment of the case number, the misdemeanor information in this case, 20 cr. 112 (VMS), was incorrectly docketed under the docket number 20-mj-226, a number which was subsequently assigned to an unrelated case with a different defendant not named "Kim". On February 8, 2021, under this docket number, 20 cr. 112 (VMS), Mr. Kim entered a plea of guilty to the sole count with which he was charged in a misdemeanor information: simple assault in violation of 49 U.S.C. Sec. 46506, 18 U.S.C. Sec. 113(a)(5), and 18 U.S.C. Secs. 3551 et seq. (ECF No. 4), which was based on the same conduct alleged in the violation notice. On October 4, 2021, Mr. Kim was sentenced to a term of one year probation, a fine of $500.00, and a special assessment of $10.00. (ECF Nos. 16,

17.) On November 17, 2022, a satisfaction of judgment as to Mr. Kim was entered on the docket. (ECF No. 19.) Thus, the conduct identified in violation notice number 9445678 has been adjudicated under docket number 20 cr. 112 (VMS). **The violation notice number 9445678, issued to Charles Kim on September 5, 2019, in Jamaica, New York, is dismissed. The notice to appear on January 24, 2023 is dismissed as moot. Mr. Kim is not required to appear for the upcoming January 24, 2023 appearance which was noticed by the Central Violations Bureau.**

The United States Attorney's Office is directed to immediately provide a copy of this Order to the Central Violations Bureau, and to any Assistant United States Attorney in this District who is responsible for the upcoming January 24, 2023 appearance date.

Dated: Brooklyn, New York
       January 20, 2023

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge